## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**KENNADO K. TAYLOR,**
**#M235370,**

      **Plaintiff,**

**v.**

     Case No. 19-cv-01361-NJR

**NURSE SARAH,** *et al.*,

      **Defendants.**

## ORDER OF DISMISSAL

**ROSENSTENGEL, Chief Judge:**

On May 12, 2020, Taylor's motions for leave to proceed *in form pauperis* ("IFP") were denied as he has "struck out" under 28 U.S.C. § 1915(g) and did not meet the requirements of the imminent danger exception (Doc. 26). Taylor was ordered to pay the filing fee of $400.00 on or before June 3, 2020, and was warned that failure to comply would result in dismissal of the action. *Id*.

To date, Taylor has failed to pay the filing fee. Therefore, this action is **DISMISSED** without prejudice for failure to comply with an Order of this Court. *See* FED. R. CIV. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994). All pending motions are **DENIED** as moot. The Clerk of Court is **DIRECTED** to enter judgment and close this case.

IT IS SO ORDERED.

DATED:   **June 11, 2020**

            *Nancy J. Rosenstengel*

            _____
            **NANCY J. ROSENSTENGEL**
            **Chief U.S. District Judge**